LINDA P. SCHAFER, Respondent, v LYNN G. SCHAFER, Appellant. [638 NYS2d 265] —Order unanimously affirmed without

costs. Memorandum: Supreme Court did not abuse its discretion in awarding plaintiff counsel fees of $3,000 and disbursements in the amount of $533.04 *(see, DeCabrera v Cabrera-Rosete,* 70 NY2d 879, 881; *see also, DiSanto v DiSanto,* 198 AD2d 838, 839). Contrary to the contention of defendant, it is not necessary in a matrimonial action for plaintiff to exhaust her resources in order to be entitled to an award of counsel fees *(see, Behrmann v Behrmann,* 204 AD2d 1076). (Appeal from Order of Supreme Court, Genesee County, Wolf, Jr., J.—Counsel Fees.) Present—Denman, P. J., Green, Wesley, Balio and Davis, JJ.